UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM G. BALLANTINE,

    Defendant.

---

### ORDER

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, November 1, 2011,** and responses to these motions shall be filed by **Monday, November 14, 2011.** It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, and final trial preparation conference will be set at a future date upon the request of counsel. It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, December 12, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: October 12, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE