UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM G. BALLANTINE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 1, 2011, Defendant Ballantine filed both a motion to suppress and a motion to dismiss the indictment (ECF Nos. 11 and 13). Accordingly, an evidentiary hearing on the pending motions is set for **Wednesday, January 18, 2012 at 2:00 p.m. in courtroom A-1002.**

    November 17, 2011