UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00409-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  WILLIAM G. BALLANTINE,

        Defendant.

---

# MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        On January 17, 2012, the parties contacted my chambers in order to reset the evidentiary hearing on the pending pretrial motions.   Accordingly, the hearing is set for **Tuesday, April 3, 2012 at 10:00 a.m.**

        January 17, 2012